JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE BOLES, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation; and DOES 1 through 20, Inclusive,<br><br>Defendants. | CASE NO.: 5:24-CV-00830-MEMF-SP(x)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Courtroom: 8B<br>District Judge: Maame Ewusi-Mensah Frimpong<br>Magistrate Judge: Sheri Pym<br>Complaint Filed: February 23, 2024<br>Trial Date: Not Set |

Based upon the stipulation of the Parties, the Court hereby orders the dismissal of the above-captioned Complaint, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own costs.

IT IS SO ORDERED.

Dated: July 11, 2025

Hon. Maame Ewusi-Mensah Frimpong
United States District Court
Central District Court of California